UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hao Zhe Wang, *Pro Se,*<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T Inc. and North Land Technologies Inc.<br><br>*Defendants.* | Civil Action No. 1:24-cv-04198 (MMG)<br><br>**CORPORATE DISCLOSURE STATEMENT OF AT&T INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant AT&T Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Defendant AT&T Inc.

FAEGRE DRINKER BIDDLE & REATH LLP

Dated:  June 13, 2024   By:   */s/ Andrew B. Joseph*
                                Andrew B. Joseph

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
(212) 248-3140
andrew.joseph@faegredrinker.com

*Attorneys for Defendant AT&T Inc.*

**Error! Unknown document property name.**