

**Marsha J. Indych**
Partner
marsha.indych@faegredrinker.com
+1 212 248 3162 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

June 21, 2024

**VIA CM/ECF**

The Honorable Margaret M. Garnett
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

  Re: *Wang v. AT&T Inc.*, No. 1:24-cv-04198-MMG

  We represent Defendant AT&T Inc. in the above-captioned matter.  Pursuant to Rule I(B)(1) of the Court's Individual Rules & Practices, we write to inform the Court that the parties have reached an agreement-in-principle to settle this matter and are working to memorialize their agreement in writing.

Respectfully submitted,

*/s/ Marsha J. Indych*

Marsha J. Indych


cc: Plaintiff and all counsel of record