IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAO ZHE WANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AT&T INC. and<br>NORTH LANE TECHNOLOGIES, INC.<br><br><br>　　　　Defendants. | No. 1:24-cv-4198-MMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory N. Blase of K&L Gates LLP enters his appearance in the above matter as counsel for defendant North Lane Technologies, Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: June 28, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Gregory N. Blase*
　　　　　　　　　　　　　　　　　　　Gregory N. Blase (GB1203)
　　　　　　　　　　　　　　　　　　　gregory.blase@kglates.com
　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Tel. (212) 536-3902

　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　One Congress Street, Suite 2900
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　Tel. (617) 951-9059
　　　　　　　　　　　　　　　　　　**Counsel for North Lane Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 28, 2024, he electronically filed the foregoing paper with the Clerk of the Court using the Court's ECF system which will send notification of such filing to counsel and other persons who have registered to receive electronic notices through the Court's ECF System, and that he caused the foregoing paper to me mailed by First Class, United States Mail Postage Prepaid to:

Mr. Hao Zhe Wang
P.O. Box 7075
New York, NY 10150

                                        */s/ Gregory N. Blase*
                                         Gregory N. Blase